Court of Criminal Appeals of Texas

Office of The Clerk,

Abel Acosta

P.O. Box 12308, Capitol Station

Austin, Texas

78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2015

Abel Acosta, Clerk

20,577-15

May 10, 2015

Dear Clerk;

Please bring to the judge's attention that I'm asking for investigates here, on these, Constitutional violation, but everyone turn their heads to these violation.

I have wrote to administrative judge but know one trying to do, anything about this "Crooked Cop," this Same police officer that arrested me on 7/29/1985; were involved D.W.I.; & Aggravated Assault on several police officer's in 3/30/1979; and Judge: Jon N. Wisser, dismiss the Aggravated Assault Charged against me; because the arresting police officers lie, that he didn't use the "N" word on 3/30/1979. The arresting officer that arrested me on 7/29/1985 that night being trying to arrested me for evant and that was night.

-1-

This same officer and other police officer's didn't like the way judge: Wisser, dismiss the Aggravated Assault Charged against me.

On 7/29/1985; I was arrested for Aggravated Sexual Assault," which also got dismiss by judge Wisser, because they didn't have anything, so this officer lie to the 'D.A.' and all, so they came up with "Attempted Aggravated Sexual Assault," this same "Crooked Cop" this police officers got the girl to believers that I, was the one that try to rape her.

Let the court records reflect it would speak for it's Self, Still there are "NO" evidence, to convicted me.

I just want to get my life back, where I Could over over.

## Affidavit

Before me, the undersigned authority personally appeared Jamie Fletcher, Jr, who duly Sworn, deposed as follows: My name is Jamie Fletcher Jr; I'am over 18 years of age, Competent to make this affidavit and personally acquainted with the facts herein stated:

## "Statement of Facts"

On 7/29/1985; I was arrested by a "Crooked Cop"; for Aggravated Sexual Assault," which was dismiss and later Charged me with "Attempted Aggravated Sexual Assault," and 4/9/1986; I was find guilty behind this Crooked Cop, on

-2-

uncorroborated testimony of this crooked cop that was also involved "Aggravated Assault" in 3/30/1979; but those Charged was dismiss by Judge: Jon N. Wisser, I was also wrongly denied adequate representation by a Crooked lawyer, which was the Judge: brotherlaw Mr. Lewis A. Jones, which also refuse to investigates my witnesses. I'am writing to your office, because I need some help here in this matter, because I'am been false imprisonment and actually innocent.. Unfortunately, what I mean here about Crooked Cop, this police officer that arrested me on 1/29/1985; was also involved in the "Aggravated Assault" that happening on several other police officer's that I assaulted but Judge: Jon N. Wisser, dismiss that Charged against me, of because of a racial pro-file for some reasons this officers being trying to arrested me on any kind of Charged and that night was his night.

On 8/04/1985; this attorney: Mr. Malcom C. Smith, 808 West 11th, Street (512) 476-1312, he represent me on this Case; which the judge force this attorney to get off this Case or he would make sure that he lose his license; Mr. Smith, told me in so many words that he have a family to Support that he did not want to be apart of.

-3-

On 7/29/1985; at approx. 3:30 p.m., Jesse Williams, and I, Jamie Fletcher, Jr was over to Robert Williams, praty playing, dominoes, drinking beer and drinking a little liquor, at 04:30 a.m., Jesse Williams, and I, Jamie Fletcher, Jr., left Robert Williams, apartment taking me home.. At 04:30 a,m, when Jesse Williams, and I, left Robert Williams, apartment taking me home, to my girl friend apartment Once Jesse Williams, and I, got to the apartment that's when we seen the police car in the apartment parking alot.. Once, Jesse, and I, seen the police car in the parking lot, Jesse pull over infront of some apartment's where I got out of the car, and start walking to my girl friend apartment which was about four door's up from the police car; and the reason why I got out of the car, because we had some beer inside the car.. When I got to the apartment the police step out, the apartment where he was and he "stopped" me; asking me where was I coming from.. I told the officer where I was coming from and the officer told me they got a call about a Sexual Assault, I told the officer that I don't Know anything about "No" Sexual Assault and I, start walking off, going to the apartment so the officer told me, "no" stand in front of his car to see

-4-

if the witnesses could identifies her victim.

The young lady came out of her apartment with another officer to the car. The officer had me to turn around to my right side; and to my left side the young lady told police officer that she could not identifies her victim that try to Sexual Assault her. This same police officer that arrested me 7/29/1985; was involved with me on 3/30/1979, on "Aggravated Assault."

This same officer, told his co-worker to take the girl back into her apartment and arrested me; and call his co-worker telling her, tell the girl and mother come down to the police department looked through some picture book's. Once, the Court's appointed me attorney: Mr. Lewis A. Jones, I told the lawyer what really happened; and also told him I got some witnesses that would testify in my behalf where I were on that night. On the date, before Court Mr. Lewis A. Jones, told me that his investigates could not find any one of my witnesses at all. In 2014, I find one of my witnesses down here, in "TDCJ" I talk with my witnesses and he told me Jesse is dead; plus the witnesses also told me know one try getting intouch with them. I am indigent and in needed of some help here. In cause No.

-5-

#79,141 you could see where "Judgment on jury verdict of Guilty" vol. 378; pg., 460; and also Vol. 378; pg., 461; are two different reading of the jury verdict. This jury verdict in vol. 378; pg. 460; it read "We, the Jury, find the defendant, Jamie Fletcher, Jr., guilty of the offense as alleged in the indictment. The Jury verdict in vol. 378; pg., 461 also read this "We, the Jury, having found the defendant, Jamie Fletcher, Jr., guilty of the felony offense of <u>attempted</u> <u>aggravated sexual assault</u>, do further find that the said defendant is the same person who, prior to the commission of that offense, had been convicted of the felony offense of aggravated robbery as alleged in paragraph No. (2) of the indictment and assess his punishment at confinement in the Texas Department of Corrections for a term of <u>60</u> years and a fine of $-0-."

## Certification

I hereby Certify that the above stated matter in this affidavit is true and correct to the best of my information, knowledge and belief.

/s/ Jamie Fletcher Jr
Affiant Mr. Jamie Fletcher, Jr #414953
6 Staudt St., Box. #7

-6-   Boerne, Texas 78006